No 65. *In re* ASSESSMENT OF TAXES, M. W. McCHESNEY & SONS. Appeal from Tax Appeal Court, First Taxation Division. Submitted February 27, 1903. Decided March 3, 1903. Lessee's interest in land and buildings, known as Anthon

Premises, situate on Queen street, near Kaahumanu. Lease dated January 11, 1899; term, as returned, twenty years; rent reserved, $150 per month; rental value, $250 per month. No value stated in return; assessed at $22,765. Valued by Tax Court at $8000. Appeal by Assessor. *Per Curiam.* Even assuming that, as contended by the Assessor, the provision in the lease rendering it terminable, at the will of the lessor, at any time after July 1, 1904, upon certain conditions, cannot be considered, since the lessee did not mention it in his return, the valuation appealed from is affirmed.

